| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kendall, Virginia M. | US District Court ND IL | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

219 S. Dearborn - Chambers 2378
Chicago, IL 60604

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | United States District Court Judge - Active | United States District Court - Northern District of Illinois |
| 2. | Shareholder | Prairie Recreational Developments Inc. |
| 3. | Part Time Faculty | Northwestern University School of Law |
| 4. | Part Time Faculty | Loyola University Chicago School of Law |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Northwestern University School of Law teaching salary | $12,000.00 |
| 2. 2012 | Loyola University School of Law teaching salary | $3,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | St. Martin de Porres High School (AKA Cristo Rey St. Martin College Prep |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virtue Foundation & Fordham Law School | March 7-10, 2012 | New York, NY | women in the judiciary international conference | lodging, meals, transportation |
| 2. | US Department of State | April 30 - May 6, 2012 | Nicosia, Cyprus | Training of judges: human trafficking | lodging, meals, transportation |
| 3. | ABA Litigation Section | June 20-24, 2012 | San Juan, Puerto Rico | Leadership meeting | lodging, meals, transportation |
| 4. | National Association of Women Judges | July 9-10, 2012 | Washington, DC | Keynote address: human trafficking | lodging, meals, transportation |
| 5. | ABA Litigation Section | September 27-28, 2012 | St. Louis, MO | Leadership meeting | lodging, meals, Transportation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Kendall, Virginia M.** | 05/14/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Cornell Avon Center for Global Justice | October 17-18, 2012 | Ithaca, NY | International judicial conference | lodging, meals, transportation |
| 7. | ABA Money Laundering Section | November 11-12, 2012 | Washington, DC | Keynote address: human trafficking | lodging, meals, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Visa | credit card | K |
| 2. | Chase Visa | credit card | J |
| 3. | Capital One | credit card | J |
| 4. | Harris Bank | credit card | J |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kendall, Virginia M. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prairie Recreational Developments, Inc. | A | Interest | L | W | | | | | |
| 2. JPMorgan Chase Bank - accounts | A | Interest | J | T | | | | | |
| 3. JPMorgan Equity Index Fund | A | Dividend | J | T | | | | | |
| 4. Chase Trust 1 | D | Dividend | N | T | | | | | |
| 5. Chase Trust 2 | D | Dividend | J | T | | | | | |
| 6. JPMorgan Core Bond Fund | A | Dividend | J | T | | | | | |
| 7. Oppenheimer US Government Bond Fund | A | Dividend | | | Closed | 01/31/12 | J | A | |
| 8. Fidelity Magellan Fund | A | Dividend | | | Sold | 09/30/12 | M | A | |
| 9. Fidelity Puritan Fund | A | Dividend | | | Sold | 09/30/12 | L | A | |
| 10. Washington National Variable Annuity | A | Interest | J | U | | | | | |
| 11. Columbia Fund Series Trust CL A | A | Dividend | J | T | | | | | |
| 12. JPMorgan US Money Market Reserve | A | Interest | K | T | | | | | |
| 13. Vanguard International Stock Index Fund | B | Dividend | L | T | Buy | 09/30/12 | L | | |
| 14. Vanguard Total Bond Market Index | A | Dividend | M | T | Buy | 09/30/12 | M | | |
| 15. Vanguard Total Stock Market Index | A | Dividend | M | T | Buy | 09/30/12 | M | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part Vii, Lines 4 & 5 The filer's ___ is an income beneficiary with no interest in the corpus of the trusts and therefore pursuant to Section 102(f)(2) of the Ethics in Government Act, no further information is required.

Part VII, Line 7 was sold as part of a JPMorgan investment account and proceeds moved to Line 6.

Part VII, Lines 8 & 9 were part of a 401k Rollover account that was sold and moved to the newly opened Vanguard accounts in Lines 13, 14 & 15.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Virginia M. Kendall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544